**Luther C. EDMONDS, Movant–Appellant,**

and

**Elite Child, Incorporated; Sherry D. Battle, Plaintiffs,**

v.

**E. Preston GRISSOM, individually and in his capacity of Judge, Judicial Circuit of Virginia, Circuit Court of the City of Chesapeake, Defendant–Appellee,**

and

**Schroder Chesapeake, Incorporated, t/a Greenbrier Mall, Defendant.**

No. 02–1458.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 19, 2002.

Decided Sept. 27, 2002.

Luther C. Edmonds, Appellant Pro Se. Edward Meade Macon, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Luther C. Edmonds appeals from the district court's order denying his motion to

reconsider prior orders dismissing his civil action and imposing sanctions against him. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Edmonds v. Grissom,* No. CA–98–488 (E.D.Va. Mar. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*